**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| FANNIE MAE A/K/A FEDERAL NATIONAL MORTGAGE ASSOCIATION, | § § § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CAUSE NO. 4:11cv653 |
| | § | |
| JAY SOLANKI & ALL OCCUPANTS, | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On October 24, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and a recommendation that this case be remanded to the County Court at Law #2, Collin County, Texas for further proceedings.

The court has made a *de novo* review of the objections raised by Defendant and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit as to the ultimate findings of the Magistrate Judge.  The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, this case shall be remanded to the County Court at Law #2, Collin County, Texas for further proceedings.

**IT IS SO ORDERED.**

**SIGNED this the 28th day of September, 2012.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE